1  TRAINOR FAIRBROOK
   DANIEL M. STEINBERG (SBN 194948)
2  980 Fulton Avenue
   Sacramento, California  95825-4558
3  Telephone:  (916) 929-7000
   Facsimile:  (916) 929-7111
4  mlr:0000000.580584.1

5  Attorneys for Defendant
   McPEARSON ENTERPRISES, INC., a California
6  corporation, dba SHASTA PIZZA COMPANY

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MARSHALL LOSKOT, | Case No. 2:08-CV-1284 GEB KJM |
| 12               Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| 13  v. | |
| 14  McPEARSON ENTERPRISES, INC., a California corporation, dba SHASTA PIZZA COMPANY, JAMES P. SEALE, SHARLET M. SEALE, and DOES ONE through FIFTY, inclusive, | |
| 17               Defendants. | |

18

19     Plaintiff MARSHALL LOSKOT and Defendant McPEARSON ENTERPRISES, INC., a

20  California corporation, dba SHASTA PIZZA COMPANY, stipulate and agree that Defendant

21  shall have up to and including August 28, 2008, in which to file an answer or otherwise respond

22  to the Complaint herein.

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**                                        -1-

The Defendant requests this extension of time to attempt resolve the matter informally without incurring legal costs.

Dated: July 7, 2008                            SINGLETON LAW GROUP


By: s/s Jason K. Singleton
JASON K. SINGLETON
Attorney for Plaintiff
MARSHALL LOSKOT

Dated: July 7, 2008                            TRAINOR FAIRBROOK


By: s/s Daniel M. Steinberg
DANIEL M. STEINBERG
Attorney for Defendant
McPEARSON ENTERPRISES, INC., a California corporation, dba SHASTA PIZZA COMPANY

## ORDER

Pursuant to the stipulation of the parties it is ordered that Defendant McPEARSON ENTERPRISES, INC., a California corporation, dba SHASTA PIZZA COMPANY, shall have up to and including August 28, 2008, in which to file and serve an answer or otherwise respond to the Complaint herein.

Dated: July 10, 2008

UNITED STATES DISTRICT JUDGE